LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRITT STOKER,** Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> **LOGMEIN, INC.,** <br><br> Defendant. | Case No. 5:15-cv-01258-PSG-JPR <br><br> **NOTICE OF SETTLEMENT** |

　　NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved

　　　　　　　　Respectfully submitted this 28th day of August, 2015.

　　　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　　　TODD M. FRIEDMAN
　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　Attorney for Plaintiff

Filed electronically on this 28th day of August, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Philip S. Gutierrez
United States District Court
Central District of California


Brian T Glennon
Latham and Watkins LLP

William J Trach
Latham and Watkins LLP


This 28th day of August, 2015.

s/Todd M. Friedman
Todd M. Friedman