E-FILED 10/30/15

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRITT STOKER,** Individually, And On Behalf Of Others Similarly Situated, | Case No. 5:15-cv-01258-PSG-JPR |
| Plaintiff, | **ORDER** |
| v. | |
| **LOGMEIN, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __30th__ day of October, 2015.

**PHILIP S. GUTIERREZ**
_____
The Honorable Philip S. Gutierrez